# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D17-2273

———————————————

ICHETUCKNEE ALLIANCE, INC.,

Appellant,

v.

ST. JOHNS RIVER WATER
MANAGEMENT DISTRICT,

Appellee.

———————————————

On appeal from St. Johns River Water Management District.

April 23, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, ROWE, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

John Ross Thomas of the Law Office of John R. Thomas, P.A., St. Petersburg, for Appellant.

Thomas I. Mayton, Jr. and Erin H. Preston of St. Johns River Water Management District, Palatka, for Appellee.